**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br>EDDIE DEAN FARRIOR<br>SANDRA ELAINE FARRIOR<br>122 SANDPINE CIRCLE<br>COLUMBIA, SC 29229<br><br>Debtors | CASE NO: 16-06367/W/3<br><br>**WITHDRAWAL OF CHAPTER 13**<br>**TRUSTEE'S OBJECTION TO CLAIM** |

William K. Stephenson, Jr., the duly appointed and acting Chapter 13 Trustee in the within case, respectfully withdraws his Objection to claim, court docket number 28, as AMENDED PROOF OF CLAIM FILED (UNSECURED) 5/22/2017.. No other party has appeared in this matter. On information and belief, parties receiving notice of the hearing do not oppose the withdrawal and are not expected to appear at the hearing.

**RESPECTFULLY SUBMITTED**, on May 25, 2017.

/s/William K. Stephenson, Jr.
WILLIAM K. STEPHENSON, JR., TRUSTEE
3700 Forest Dr., Ste. 302
PO BOX 8477
Columbia, SC  29202

## CERTIFICATE OF SERVICE

I, Maxine Tharp, an employee of the Chapter 13 Trustee Office, hereby certify that a copy of the **WITHDRAWAL OF THE CHAPTER 13 TRUSTEE'S OBJECTION TO CLAIM** was served upon the following, by placing a copy of the same in the United States Postal Service mail, first class, postage prepaid, on May 25, 2017.

EDDIE DEAN FARRIOR
SANDRA ELAINE FARRIOR
122 SANDPINE CIRCLE
COLUMBIA, SC 29229

MEREDITH LAW FIRM
1901 ASSEMBLY STREET
SUITE 360
COLUMBIA, SC 29201

UNITED CONSUMER FINANCIAL SVCS
% BASS & ASSOCIATES
3936 E FT LOWELL RD STE 200
TUCSON, AZ 85712

Court Claim #:    20

Dated:  May 25, 2017

/s/Maxine Tharp
Maxine Tharp
Office of William K. Stephenson, Jr., TRUSTEE
3700 Forest Dr., Ste. 302
PO BOX 8477
Columbia, SC  29202